THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT E. DOBY *et al.*, Defendants-Appellants.

(No. 59176; ▮▮▮▮▮▮▮▮)

First District (2nd Division)—December 17, 1974.

PER CURIAM.

Paul Bradley and Richard D. Thomas, both of State Appellate Defender's Office, of Chicago, for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Thomas D. Rafter, Assistant State's Attorneys, of counsel), for the People.